IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:19-CR-139-FL-6

UNITED STATES OF AMERICA

    vs.                                          **ORDER**

DANIELLE MOORING,
        Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is hereby directed to seal the proposed sealed Consent Motion to Continue Sentencing Hearing . Copies of this Order as well as the Motion to Seal and the Consent Motion to Continue Sentencing Hearing shall remain sealed and shall be distributed only to counsel of the above named defendant and counsel for the Government.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the __11th__ day of December, 2019.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE

1